Kathleen M. DeLaney, Esq. (SBN 196376)
**USERY & ASSOCIATES**
**Mailing Address**: P.O. Box 2996
Hartford, CT 06104-2996
**Physical Address**: 401 Lennon Lane, Suite 100
Walnut Creek, CA 94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 746-3939
E-mail: kdelane5@travelers.com

Attorneys for Defendant, TRAVELERS
COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AIELLO; and DIANE AIELLO<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>        Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**<br><br>Complaint filed: November 8, 2021<br>Trial Date:      Not Yet Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY (hereinafter "Travelers"), hereby removes to this Court the state court action described below.

**JURISDICTION AND VENUE**

1. Removal of jurisdiction of this action is based upon diversity of citizenship (28 U.S.C. §1332), as the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

-1-
**NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**

2. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. §1391, because Travelers is subject to personal jurisdiction in this judicial district and a substantial part of the alleged events or omissions giving rise to this lawsuit occurred in the Eastern District of California.

**REMOVAL**

3. On November 8, 2021 an action was commenced in the Superior Court of California, County of Butte entitled, *Joseph Aiello, Diane Aiello v. Travelers Commercial Insurance Company,* Case No. 21CV02740. The Summons and Complaint was served by personal service on Travelers Commercial Insurance Company on April 25, 2023. Copies of the documents filed in the state court action and served on Travelers are attached hereto as **Exhibit A**.

4. This action is a civil action in which this Court has original jurisdiction under 28 U.S.C. §1332. It is subject to removal by Travelers Commercial Insurance Company to this Court, pursuant to the provisions of 28 U.S.C. §1441(b), because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. The Complaint alleges that, based on the subject insurance policy ("Policy"), Travelers Commercial Insurance Company is liable for (1) breach of contract, and (2) breach of implied covenant of good faith and fair dealing. The lawsuit arises from a claim for a fire loss to Plaintiffs' home and personal property. The Complaint alleges that Travelers Commercial Insurance Company refused to pay for the full amount of the covered losses suffered by Plaintiffs.

5. The $75,000 jurisdictional minimum is met because the Plaintiff is seeking damages in excess of $100,000, according to section 4.b. of the Case Management Conference Statement Plaintiffs filed on April 26, 2023 in the state court action, which is attached hereto as **Exhibit B**. These allegations clearly establish that the amount in controversy exceeds $75,000.

6. According to their Complaint at ¶1, Plaintiffs were, at the time of filing this action, and still are, individuals residing in the State of California. Travelers Commercial Insurance Company was, at the time of the filing of this action, and still is, a corporation duly organized under the laws of the State of Connecticut, with its principal place of business in the State of Connecticut.

**NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**

7. The policy issued to Plaintiffs was issued by Travelers Commercial Insurance Company.  The parties to this action are completely diverse. Travelers Commercial Insurance Company is informed and believes that Plaintiff has served no individuals and no entity other than itself with the Summons and Complaint in this action.

DATED:  May 24, 2023           **USERY & ASSOCIATES**

By: **/s/ Kathleen M. DeLaney**
      Kathleen M. DeLaney

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

-3-
**NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**