IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AIELLO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>    Defendant. | No. 2:23-CV-0982-KJM-DMC<br><br>ORDER |

       Plaintiffs, who are proceeding with retained counsel, bring this civil action. Upon referral by the District Judge, the parties appeared before the undersigned on August 9, 2023, at 10:00 a.m., for an initial scheduling conference. Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

       Accordingly, IT IS HEREBY ORDERED as follows:

       1.    Jurisdiction and venue are not contested.

       2.    No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

/ / /

/ / /

3. The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter could be set for trial before the assigned District Judge at any time within the next two years. A trial before the District Judge within the next three years is also unlikely. The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction. Any jury trial by consent to the undersigned would be conducted in Sacramento, California. The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties are directed to exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a) on or before **August 25, 2023**.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **September 20, 2024**.

<u>Expert Witness Designations</u>: The parties shall exchange initial lists of expert witnesses no later than **November 15, 2024**. The parties shall exchange lists of rebuttal expert witnesses no later than **December 12, 2024**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

<u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **January 31, 2025**.

<u>Discovery Motions</u>: Motions regarding discovery shall be noticed before the assigned Magistrate Judge, as provided by Eastern District of California Local Rule 302(c).

<u>Duty to Supplement</u>: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

///

        <u>Dispositive Motions</u>: All dispositive motions shall be filed by **March 20, 2025,** and noticed for a hearing on the earliest available law and motion date on the District Judge's calendar in accordance with Eastern District of California Local Rule 230(a).

        5.    A settlement conference is set before the undersigned on **June 10, 2024, at 10:00 a.m.**

        6.    The pre-trial conference and trial dates will be set by separate order.

        7.    This case schedule will become final without further order of the Court unless objections are filed within 14 days of the date of this order.  The schedule, once final, shall not be modified except on application to the Court showing good cause.  All provisions of the District Judge's Standing Scheduling Order for Civil Cases, which the Clerk of the Court is directed to file concurrently with this order, shall apply and are incorporated herein.

Dated:  August 16, 2023

                                                        DENNIS M. COTA
                                                        UNITED STATES MAGISTRATE JUDGE